EDWARD VALVES, INC. v. WAKE COUNTY

No. 34PA95

Case below: 117 N.C.App. 484
339 N.C. 611

Petition by defendants for writ of supersedeas allowed and temporary stay dissolved 6 April 1995. Motion by plaintiff to dismiss the appeal for lack of substantial constitutional question denied 6 April 1995. Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 6 April 1995.

FAIN v. STATE RESIDENCE COMMITTEE OF UNC

No. 71PA95

Case below: 117 N.C.App. 541
339 N.C. 611

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 6 April 1995. Petition by defendant for writ of supersedeas allowed and temporary stay dissolved 6 April 1995.

FORSYTH MEMORIAL HOSPITAL v. CHISHOLM

No. 60PA95

Case below: 117 N.C.App. 608

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 6 April 1995.

FROST v. FROST

No. 33A95

Case below: 117 N.C.App. 463

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 6 April 1995.

GRIMSLEY v. NELSON

No. 35A95

Case below: 117 N.C.App. 329

Petition by plaintiffs for writ of certiorari to review the decision of the Court of Appeals allowed 6 April 1995.